1  Gary R. Selvin, State Bar No. 112030
   David A. Evans, State Bar No. 181854
2  SELVIN WRAITH HALMAN LLP
   505 14th Street, Suite 1200
3  Oakland, CA 94612
   Telephone:  (510) 874-1811
4  Facsimile:   (510) 465-8976
   E-mail:  gselvin@selvinwraith.com
5           devans@selvinwraith.com

6  Attorneys for Defendant
   OneBeacon America Insurance Company
7

8                  IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10

11 | NEXTG NETWORKS, INC.,                    | CASE NO.: 5:11-cv-05318-RMW
12 |         Plaintiff,                       | *Assigned to Honorable Ronald M. Whyte*
   |                                          | *Courtroom 6 - 4th Floor*
13 |    v.                                    |
   |                                          | **STIPULATION TO DEEM MOTION TO**
14 | ONEBEACON AMERICA INSURANCE              | **DISMISS MOOT AND TO VACATE**
   | COMPANY,                                 | **JANUARY 6, 2012 HEARING DATE**
15 |                                          | **AND ORDER**
   |         Defendant.                       | Complaint Filed: October 3, 2011
16

---

**Stipulation; Order**                                    **CASE NO.: 5:11-cv-05318-RMW**

1  Whereas NextG Networks, Inc. filed suit against OneBeacon America Insurance Company for
2  breach of contract, declaratory judgment, and breach of the covenant of good faith and fair dealing,
3  and
4  Whereas OneBeacon removed the action to the above-referenced court, and filed a motion to
5  dismiss pursuant to FRCP Rule 12(b)(6), and
6  Whereas NextG Networks filed a first amended complaint prior to the hearing on the motion
7  to dismiss,
8  Therefore, the parties wish to stipulate that the motion to dismiss the complaint is deemed
9  moot, that the January 6, 2012 hearing date is vacated, and that OneBeacon has up to and including
10 December 21, 2011 within which to file a responsive pleading to the first amended complaint.

11 Dated:  December 5, 2011         SELVIN WRAITH HALMAN LLP

13                                  By:  /s/  Gary R. Selvin
                                         Gary R. Selvin
14                                       David A. Evans
                                         Attorneys for Defendant
15                                       OneBeacon America Insurance Company

16 Dated:  December 5, 2011         HOLLAND & KNIGHT LLP

18                                  By:  /s/ James A. Riddle –*email authorization*
                                         James A. Riddle
19                                       Attorneys for Plaintiff
                                         NextG Networks, Inc.

21      **IT IS SO ORDERED.**

23 Dated:  _____

                                    /s/ Ronald M. Whyte
                                    United States Northern District Judge
                                    Honorable Ronald M. Whyte

**Stipulation; Order**                                   **CASE NO.: 5:11-cv-05318-RMW**