1 | Gary R. Selvin, State Bar No. 112030
2 | David A. Evans, State Bar No. 181854
　 | SELVIN WRAITH HALMAN LLP
3 | 505 14th Street, Suite 1200
　 | Oakland, CA 94612
　 | Telephone:    (510) 874-1811
4 | Facsimile:    (510) 465-8976
　 | E-mail:  gselvin@selvinwraith.com
5 | 　　　　 devans@selvinwraith.com

6 | Attorneys for Defendant
　 | OneBeacon America Insurance Company
7 |

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| NEXTG NETWORKS, INC., | CASE NO.: 5:11-cv-05318-RMW |
| | *Assigned to Honorable Ronald M. Whyte* |
| Plaintiff, | *Courtroom 6 - 4th Floor* |
| v. | **STIPULATION TO DEEM MOTION TO DISMISS MOOT AND TO VACATE JANUARY 6, 2012 HEARING DATE AND ORDER** |
| ONEBEACON AMERICA INSURANCE COMPANY, | |
| Defendant. | Complaint Filed:  October 3, 2011 |

---

**Stipulation; Order**　　　　　　　　　　　　　　　　　　　　　　**CASE NO.: 5:11-cv-05318-RMW**

1     Whereas NextG Networks, Inc. filed suit against OneBeacon America Insurance Company for breach of contract, declaratory judgment, and breach of the covenant of good faith and fair dealing, and

    Whereas OneBeacon removed the action to the above-referenced court, and filed a motion to dismiss pursuant to FRCP Rule 12(b)(6), and

    Whereas NextG Networks filed a first amended complaint prior to the hearing on the motion to dismiss,

    Therefore, the parties wish to stipulate that the motion to dismiss the complaint is deemed moot, that the January 6, 2012 hearing date is vacated, and that OneBeacon has up to and including December 21, 2011 within which to file a responsive pleading to the first amended complaint.

Dated:  December 5, 2011      SELVIN WRAITH HALMAN LLP

By:  /s/  Gary R. Selvin
    Gary R. Selvin
    David A. Evans
    Attorneys for Defendant
    OneBeacon America Insurance Company

Dated:  December 5, 2011      HOLLAND & KNIGHT LLP

By:  /s/ James A. Riddle  –*email authorization*
    James A. Riddle
    Attorneys for Plaintiff
    NextG Networks, Inc.

**IT IS SO ORDERED.**

Dated:  _____

*[signature: Ronald M. Whyte]*
United States Northern District Judge
Honorable Ronald M. Whyte

**Stipulation; Order**      1      **CASE NO.: 5:11-cv-05318-RMW**