**E-FILED on 3/28/2012**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| NEXTG NETWORKS, INC., | CASE NO.: 5:11-cv-05318-RMW |
| Plaintiff, | *Assigned to Honorable Ronald M. Whyte* *Courtroom 6 – 4th Floor* |
| v. | **ORDER** |
| ONEBEACON AMERICA INSURANCE COMPANY, | |
| Defendant. | |

After reviewing the stipulation filed by all parties and upon good cause the Court orders that Defendant OneBeacon of America Insurance Company has up to and including April 13, 2012 to respond to Plaintiff's Second Amended Complaint.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March __, 2012

_____
United States District Court
Honorable Ronald M. Whyte

Order      CASE NO.: 5:11-cv-05318-RMW