Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NEXTG NETWORKS, INC., | ) Case No.: 5:11-CV-05318 RMW |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| ONEBEACON AMERICA INSURANCE COMPANY, | ) |
| Defendant. | ) |

After reviewing the stipulation filed by all parties and upon good cause, the Court orders that the Hearing on Defendant OneBeacon America Insurance Company's Motion to Dismiss be continued from May 18, 2012 to June 1, 2012 at 9:00 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  May 36 , 2012

*Ronald M. Whyte*

United States District Court
Hon. Ronald M. Whyte

-1-

| ORDER | Case No.: 5:11-CV-05318 RMW |
|---|---|