1
2
3
4
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
10

11 | NEXTG NETWORKS, INC.,                    CASE NO.: 5:11-cv-05318-RMW
12 |         Plaintiff,
13 |     v.                                   [] ORDER
14 | ONEBEACON AMERICA INSURANCE
    | COMPANY,
15
   |         Defendant.
16

17      After reviewing the stipulation filed by all parties and upon good cause, the Court orders that

18 the Hearing on Defendant OneBeacon America Insurance Company's Motion to Dismiss be

19 continued from June 1, 2012 to June : . 2012.

20

21  Dated: _____           _____
                                    United States District Court
22                                  Honorable Ronald M. Whyte

23
24
25
26
27
28

                                            1
**Order**                                   **CASE NO.: 5:11-cv-05318-RMW**