1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
10
11  NEXTG NETWORKS, INC.,                    CASE NO.: 5:11-cv-05318-RMW
12          Plaintiff,
                                             [] ORDER
13       v.
14  ONEBEACON AMERICA INSURANCE
    COMPANY,
15
            Defendant.
16
17      After reviewing the stipulation filed by all parties and upon good cause, the Court orders that
18  the Hearing on Defendant OneBeacon America Insurance Company's Motion to Dismiss be
19  continued from June 1, 2012 to June : . 2012.
20
21  Dated: _____            _____
                                       *Ronald M. Whyte*
22                                     United States District Court
                                       Honorable Ronald M. Whyte
23
24
25
26
27
28

                                         1
**Order**                                CASE NO.: 5:11-cv-05318-RMW