UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEXTG NETWORKS, INC., | Case No.: 11-CV-05318-RMW |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| ONEBEACON AMERICA INSURANCE COMPANY, | |
| Defendant. | |

On July 23, 2012, the court granted defendant's motion to dismiss without prejudice. Dkt. No. 32. The court indicated that any amended complaint must be filed within thirty days, or by August 22, 2012. Plaintiff has not filed an amended complaint. Accordingly, the court orders plaintiff to show cause by September 25, 2012 why judgment should not be entered with prejudice.

It is so ordered.

DATED:   September 20, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge