Gary R. Selvin, State Bar No. 112030
David A. Evans, State Bar No. 181854
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone: (510) 874-1811
Facsimile: (510) 465-8976
E-mail: gselvin@selvinwraith.com
devans@selvinwraith.com

Attorneys for Defendant
OneBeacon America Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| NEXTG NETWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ONEBEACON AMERICA INSURANCE COMPANY,<br><br>Defendant. | CASE NO.: 5:11-cv-05318-RMW<br>*Assigned to Honorable Ronald M. Whyte*<br>*Courtroom 6 – 4th Floor*<br><br>[**PROPOSED**] **JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Complaint Filed: October 3, 2011<br>2nd Amended Complaint Filed: March 12, 2012 |

On July 23, 2012, the Court issued an Order Granting Defendant OneBeacon America Insurance Company's Motion to Dismiss Without Prejudice and ordered that any amended pleading must be filed within 30 days of the date of the order (by August 22, 2012). Plaintiff did not file any amended pleading.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of OneBeacon America Insurance Company and against NextG Networks, Inc. dismissing this action with prejudice.

DATED: ; 1/9 1/34

_____
JUDGE OF THE UNITED STATES DISTRICT COURT