1  Gary R. Selvin, State Bar No. 112030
   David A. Evans, State Bar No. 181854
2  SELVIN WRAITH HALMAN LLP
   505 14th Street, Suite 1200
3  Oakland, CA 94612
   Telephone:    (510) 874-1811
4  Facsimile:    (510) 465-8976
   E-mail:  gselvin@selvinwraith.com
5           devans@selvinwraith.com

6  Attorneys for Defendant
   OneBeacon America Insurance Company

7

8

9               IN THE UNITED STATES DISTRICT COURT

10      FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

11

12  NEXTG NETWORKS, INC.,                    CASE NO.: 5:11-cv-05318-RMW
                                             *Assigned to Honorable Ronald M. Whyte*
13              Plaintiff,                    *Courtroom 6 – 4th Floor*

14      v.                                   **[PROPOSED] JUDGMENT OF DISMISSAL
                                             OF ACTION WITH PREJUDICE**
15  ONEBEACON AMERICA INSURANCE
    COMPANY,                                 Complaint Filed:  October 3, 2011
16                                           2nd Amended Complaint Filed: March 12, 2012
                Defendant.
17

18          On July 23, 2012, the Court issued an Order Granting Defendant OneBeacon America

19  Insurance Company's Motion to Dismiss Without Prejudice and ordered that any amended pleading

20  must be filed within 30 days of the date of the order (by August 22, 2012).  Plaintiff did not file any

21  amended pleading.

22          IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that judgment be entered in

23  favor of OneBeacon America Insurance Company and against NextG Networks, Inc. dismissing this

24  action with prejudice.

25  DATED:  ; l49l34

26  _____

27          JUDGE OF THE UNITED STATES DISTRICT COURT

28