HOLLAND & KNIGHT LLP
James A. Riddle, Esq. (CA SBN 112003)
Adanna M. Love (CA SBN 280538)
50 California Street, 28th Floor
San Francisco, CA 94111
Tel.: (415) 743-6900
Fax: (415) 743-6910
Email: james.riddle@hklaw.com
Email: adanna.love@hklaw.com

Attorneys for Plaintiff
NEXTG NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEXTG NETWORKS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ONEBEACON AMERICA INSURANCE COMPANY, <br><br> Defendant. | Case No.: 5:11-CV-05318 RMW <br> *Assigned to Honorable Ronald M. Whyte* <br> *Courtroom 6 - 4th Floor* <br><br> **NOTICE OF APPEAL** <br><br> Complaint Filed: 11/02/2011 <br> Trial Date: None Set |

Notice is hereby given that plaintiff, NEXTG NETWORKS, INC. ("NextG"), by and through undersigned counsel, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Defendant OneBeacon American Insurance Company's Motion to Dismiss Without Prejudice ("Order") (Docket #32) entered in this action on July 23, 2012, and the Judgment of Dismissal of Action with Prejudice ("Final Judgment") (Docket #35) entered in this action on September, 27 2012.

The names of the parties to the Order and Final Judgment appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Defendant<br>One Beacon America Insurance Co. | Attorneys for Defendant<br>Gary R. Selvin, Esq.<br>David A. Evans, Esq.<br>Selvin Wraith Halman LLP<br>505 14th Street, Suite 1200<br>Oakland, CA 94612<br>Tel:   (510) 874-1811<br>Fax:   (510) 465-8976<br>Email: gselvin@selvinwraith.com<br>Email: devans@selvinwraith.com |

Dated: October 24, 2012

    /s/ James A. Riddle
HOLLAND & KNIGHT LLP
James A. Riddle
Adanna M. Love

Attorneys for Plaintiff
NEXTG NETWORKS, INC.

NOTICE OF APPEAL　　　　　　　2　　　　　　　Case No. 5:11-CV-05318-RMW